UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**NPN FINANCIAL, LLC D/B/A
THURO ACCOUNTING,**

   **Plaintiff,**

**v.**                                      **No. 4:25-cv-00623-P**

**SAMANTHA FOULKES, ET AL.,**

   **Defendants.**

## ORDER

This case was removed from state court on June 16, 2025. ECF No. 1. Thereafter, the Court Ordered all parties to obtain local counsel for this district under Local Rule 83.10(a). ECF No. 3, 4. Having reviewed the docket, it is evident to the Court that Plaintiff's Counsel may not qualify as local counsel under Local Rule 83.10(a). Rule 83.10(a) requires the appearance of local counsel "where an attorney appearing in a case does not reside or maintain [their] principal office *in this district*." N.D. Tex. Civ. R. 83.10(a) (emphasis added).

Plaintiff's Counsel lists their office address as 2600 Network Blvd., Suite 400, Frisco, Texas. Frisco, Texas is located in Denton County and Collin County.[1] Both of which are a part of the Eastern District of Texas.[2] Because this case is in the Northern District of Texas, and the parties are required to have counsel located in this district, Plaintiff's Counsel may only qualify as local counsel if they resides in the Northern District of Texas.[3]

---

[1] https://www.tshaonline.org/handbook/entries/frisco-tx

[2] https://txed.uscourts.gov/court-locator

[3] https://www.txnd.uscourts.gov/court-locator

Consequently, Plaintiff NPN Financial, LLC, **on or before July 9, 2025**, shall either: (1) file notice of Counsel's residence sufficient to establish that they qualify as local counsel under Rule 83.10(a);[4] or (2) obtain local counsel in compliance with the rule. Failure to comply with this order will result in the issuance of sanctions up to and including dismissal of this case without further notice.

**SO ORDERED** on this **2nd day of July 2025.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE

---

[4]For Counsel's safety and privacy, they **need not list the entirety of their home address**. Rather, the notice should include enough information (such as the city, zip code, and county) for the Court to ensure his qualification as local counsel.